UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Karen Smith, | Case No.:  07-CV-2465 PAM/JSM |
| Plaintiff, | |
| vs. | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| Lutheran Social Service of Minnesota, | |
| Taleida Parker, individually and in her capacity as agent and employee of Lutheran Social Service of Minnesota, and | |
| Pamela Howard, individually and in her capacity as agent and employee of Lutheran Social Service of Minnesota, | |
| Defendants. | |

---

**ORDER FOR DISMISSAL**

Based upon the Stipulation for Dismissal with Prejudice entered into by Plaintiff Karen Smith and Defendants Lutheran Social Service of Minnesota, Taleida Parker, and Pamela Howard, and upon all of the files, records and proceedings herein,

**IT IS HEREBY ORDERED:**  That all claims asserted by Plaintiff in the above-entitled action, including all claims for attorneys' fees, are hereby dismissed with prejudice and on the merits, without cost to any of the parties hereto.  There being no just reason for delay, judgment of dismissal shall be entered.

**BY THE COURT:**

Dated:  January 31, 2008        <u>s/Paul A. Magnuson</u>
                                The Honorable Paul A. Magnuson
                                United States District Court Judge